[No. 6215-1.   Division One.   April 26, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT
W. SWEENEY, *Appellant.*

Appeal from a judgment of the Superior Court for
Snohomish County, No. 8447, Paul D. Hansen, J., entered

December 5, 1977. *Affirmed* by unpublished opinion per Williams, J., concurred in by Farris and Dore, JJ.